USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

UNITED STATES OF AMERICA, :
:
-against- :
:
SIFFREDO GONZALEZ, :
:
Defendant. :

--------------------------------------------------------------- X

1:25-cr-483-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A hearing in this matter will take place on October 29, 2026 at 12:00 p.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: September 8, 2026
New York, New York

_________________________________
GREGORY H. WOODS
United States District Judge