UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/28/2026

---------------------------------------------------------X
UNITED STATES OF AMERICA, :
:
-against- :
:
SIFFREDO GONZALEZ, :
:
Defendant. :
---------------------------------------------------------X

1:25-cr-483-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The motion hearing currently scheduled for October 29, 2026 at 12:00 p.m. is rescheduled. The hearing will take place on October 30, 2026 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge